### M. F. BRANDT v. STATE.
#### No. 15421.

Court of Criminal Appeals of Texas.
June 1, 1932.

### Milton ANDREWS v. STATE.
#### No. 15304.

Court of Criminal Appeals of Texas.
April 27, 1932.

Rehearing Denied June 8, 1932.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**LATTIMORE, J.**

Conviction for burglary; punishment, two years in the penitentiary.

We find in the record an affidavit in due form made by appellant requesting leave to withdraw his appeal. The request is granted.

The appeal is dismissed.